UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

     Plaintiff,

                                    Hon. Jane M. Beckering

v.

                                    Case No. 1:26-cr-50

JOSE CRISTINO GALVAN-LUNA,

     Defendant.

_____/

## ORDER OF DETENTION

Defendant appeared this date for a bond hearing. For the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will assure Defendant's appearance at trial.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on May 12, 2026.

                                      /s/ Sally J. Berens
                                     SALLY J. BERENS
                                     U.S. Magistrate Judge